# United States Court of Appeals for the Federal Circuit

---

May 21, 2015

**ERRATA**

---

Appeal No. 2014-1824

**IN RE WILFRED WASHINGTON HOLNESS**

Decided:  May 20, 2015
Nonprecedential Opinion

---

Please make the following change:

Page 18, lines 23–24, delete "Costs" and "Costs to Director."